CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:26−mj−02155−UA−1

Case title: USA v. Sheehan

Date Filed: 06/04/2026

Date Terminated: 06/05/2026

Assigned to: Judge Unassigned

**USDC - DVT**
**2:26-cr-52-7**

### Defendant (1)

**Lindsay Sheehan**
*TERMINATED: 06/05/2026*

represented by **Lisa Scolari**
Law Office of Lisa Scolari
20 Vesey Street Suite 400
New York, NY 10007
212−227−8899
Fax: 212−964−2926
Email: scolarilaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1349.F Conspiracy to Commit Bank Fraud, 18:1028A.F Aggravated Identity Theft | |

### Plaintiff

**USA**

represented by **David Steinbach**
DOJ−USAO
Sdny
26 Federal Plaza
Ste 37th Floor
New York, NY 10278
212−637−2380
Email: david.steinbach@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2026 | | Arrest (Rule 5(c)(3)) of Lindsay Sheehan. (job) (Entered: 06/05/2026) |
| 06/04/2026 | 1 | RULE 5(c)(3) AFFIDAVIT of Erika Cruz−Cooke, being duly sworn, deposes and says that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, from the United States District Court − District of Vermont, as to Lindsay Sheehan. (Signed by Magistrate Judge Gary Stein on 6/4/2026) (job) (Entered: 06/05/2026) |
| 06/04/2026 | 2 | CJA 23 Financial Affidavit by Lindsay Sheehan. CJA, attorney Lisa Scolari appointed counsel. APPROVED. (Signed by Magistrate Judge Gary Stein) (job) (Entered: 06/05/2026) |
| 06/04/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge Gary Stein: Initial Appearance in Rule 5(c)(3) Proceedings as to Lindsay Sheehan held on 6/4/2026. Detention Hearing as to Lindsay Sheehan held on 6/4/2026. AUSA's David Steinback and Cameron Molis present for the Government. Defendant present with attorney Lisa Scolari. \| BAIL DISPOSITION: Detention on consent w/o prejudice. \| For Rule 5(c)(3) Cases: Identity hearing waived. Control date for removal: 6/18/2026. [Appearance entered by Lisa Scolari for Lindsay Sheehan on behalf of defendant.] (job) (Entered: 06/05/2026) |
| 06/04/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Lindsay Sheehan. Defendant committed to the United States District Court − District of Vermont.The defendant is requesting court−appointed counsel. The defendant remains in custory after the initial appearance. (Signed by Magistrate Judge Gary Stein on 6/4/2026)(job) (Entered: 06/05/2026) |
| 06/05/2026 | | RULE 5(c)(3) DOCUMENTS SENT as to Lindsay Sheehan from the U.S.D.C. Southern District of New York to the United States District Court − District of Vermont. Sent original file along with documents numbered 1−4, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. Sent via InterDistrictTransfer email. (job) (Entered: 06/05/2026) |